# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gary Surgeon,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             3:12-cv-00136-GCM

Amsher Collection Services, Inc.,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 20, 2012 Order.

                                        Signed: August 20, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court